ACCEPTED
01-15-00346-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 9:58:44 AM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-15-00346-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 9:58:44 AM
CHRISTOPHER A. PRINE
Clerk

ARACELLI ZAPATA D/B/A/ SUPER, ET AL, *APPELLANTS*

VS.

CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, ET AL., *APPELLEES*

On Appeal from the 165th Judicial District Court of
Harris County, Texas, Trial Court No. 2013-04925

**SECOND JOINT UNOPPOSED MOTION FOR 45-DAY
EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 26.3, TEX. R. APP. P., Appellees Clear Creek Independent School District, the City of Webster and Harris County, file this Second Joint Unopposed Motion for 45-Day Extension to File Appellees' Briefs, and in support thereof would respectfully show as follows.

1. This is an appeal from a final judgment in Cause No. 2013-04925, *Clear Creek Independent School District, et al. v. GNM Enterprises d/b/a Super, et al.*; In the 165th Judicial District Court of Harris County, Texas.

1

2.    On August 11, 2015, the parties filed a joint Petition to Vacate Judgment.  If the Trial Court grants the Petition then this appeal will become moot and the parties will move to dismiss this appeal.

3.    The Petition was originally set for submission on August 25, 2015, but the Trial Court scheduled the Petition for oral hearing on September 30, 2015.

4.    Accordingly, because Appellees' Briefs are due on October 5, 2015, there are only two (2) business days between the oral hearing and the filing deadline.

5.    For these reasons, Appellees ask the Court to grant a 45-day extension for Appellees to file their Briefs.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR
    & SAMPSON, LLP

By:

Edward J. (Nick) Nicholas
State Bar No. 14991350
4828 Loop Central Drive, Suite 600
Houston, Texas 78701
(713) 844-3405 direct phone
(713) 844-3504 fax
Nick.Nicholas@lgbs.com

ATTORNEYS FOR THE CITY OF WEBSTER
AND HARRIS COUNTY

PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, LLP

By: /s/ Greg East
R. Gregory East
State Bar No. 24001138
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860 (ext 6902) direct phone
(713) 862-1429
geast@pbfcm.com

ATTORNEYS FOR CLEAR CREEK
INDEPENDENT SCHOOL DISTRICT

CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellants' counsel, Mr. Mark Aronowitz, by electronic mail and that he has agreed and is unopposed to Appellees' Joint Unopposed Motion for 45-Day Extension to File Appellees' Briefs.

By: Edward J. (Nick) Nicholas

CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served via electronic mail on Mr. Mark Aronowitz at markaronowitz@hotmail.com, and Mr. Greg East at geast@pbfcm.com.

By: Edward J. (Nick) Nicholas

3